IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **KATHLEEN O'DONNELL** | : | CIVIL ACTION |
| | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | No. 16-2040 |
| | : | |
| **KATHRYN KNOTT,** *et al.* | : | |
| | : | |
| *Defendants*. | : | |
| | : | |

## ORDER

**AND NOW**, this 4th day of October, 2017, upon consideration of Defendants Martin McDonough, Mark Zielinski, David Heckler, and Bucks County's Motion to Dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 14), Defendants Karl Knott and Kathryn Knott's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 15), and Plaintiff's respective Responses thereto, and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- Defendants Martin McDonough, Mark Zielinski, David Heckler, and Bucks County's Motion to Dismiss is **GRANTED in part** and **DENIED in part**. The Motion is **GRANTED** such that all claims against Defendant Bucks County are **DISMISSED**. The Motion is **DENIED** in all other respects;

- Defendants Karl Knott and Kathryn Knott's Motion to Dismiss is **DENIED**;

- All remaining Defendants shall file Answers to the Amended Complaint within **fourteen (14) days** of the date of this Order.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**MITCHELL S. GOLDBERG, J.**